No. 81–5751. WEAVER *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 81–5752. McBROOM *v.* McCARTHY. C. A. 9th Cir. Certiorari denied.

No. 81–5753. MARTINEZ *v.* OHIO BUREAU OF EMPLOYMENT SERVICES. C. A. 5th Cir. Certiorari denied.

No. 81–5754. DUNBAR *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 81–5758. GRANT *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 81–5760. PENNSYLVANIA EX REL. ZAPATA *v.* CUYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, ET AL. Sup. Ct. Pa. Certiorari denied.

No. 81–5762. GASTON *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 81–5763. HAMLIN *v.* WARREN. C. A. 4th Cir. Certiorari denied.

No. 81–5764. BRANNON *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 81–5765. BRYANT *v.* DeFRANCIS, WARDEN, GEORGIA EARNED RELEASE CENTER, ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–5768. WEST *v.* MABRY, COMMISSIONER, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.